**DEPARTMENT OF HEAL. & HUMAN SERVICES**

Program Support Center

Rockville MD 20857

## CERTIFICATE OF INDEBTEDNESS      MAY  9 2002

Francine Greco
c/o Upper Dublin Chiropractic
540 North Limekiln Pike
Maple Glen, PA 19002
Ref: 50130761

Total debt due United States as of April 30, 2002: $36,652.77 (principal $36,564.84, interest $87.93, administrative costs $0.00).

I certify that the Department of Health and Human Services records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $36,564.84 from April 30, 2002, at the rate of 4.875%. Interest accrues on the principal amount of this debt at the rate of $4.89 per day. Interest is computed at a variable rate and is adjusted quarterly. Due to the semi-annual compounding of interest, the current principal amount is greater than the original amount borrowed.

The claim arose in connection with a Government-insured Health Education Assistance Loan (HEAL) made by a private lender and assigned to the United States.

As a student at the Palmer College of Chiropractic-West, you applied for and were granted the following Health Education Assistance Loans (HEAL), Section 701-720 of the Public Health Service Act (42 U.S.C. 292 f-p).

| Date Applied | Date Approved | Amount Approved | Date of Promissory Note | Amount of Promissory Note |
|---|---|---|---|---|
| 05/29/86 | 06/10/86 | $7,568.00 | 07/07/86 | $7,568.00 |
| 12/08/86 | 01/07/87 | $3,510.00 | 01/20/87 | $3,510.00 |
| 02/01/88 | 03/08/88 | $6,135.00 | 02/29/88 | $6,135.00 |
| 06/21/88 | 07/05/88 | $4,110.00 | 06/03/88 | $4,110.00 |
| 10/31/88 | 11/07/88 | $2,830.00 | 10/31/88 | $2,830.00 |

You signed several promissory notes agreeing to repay the loans at a variable rate of interest beginning the first day of the tenth month after ceasing to be a full-time student or completing a residency program. The Student Loan Marketing Association (SLMA) purchased your notes and received an assignment.

Upon your leaving the Palmer College of Chiropractic-West, you were furnished a repayment schedule by the Student Loan Servicing Center with notification that payments were to begin July 11, 1986. You were then granted several forbearance agreements for the period of May 1, 1990, to August 29, 1991, with payments to begin thereafter. From September 18, 1991 through August 9, 1999, you made ninety-five (95) payments totaling $26,091.54.

GOVERNMENT EXHIBIT A

## PAGE 2 - CERTIFICATE OF INDEBTEDNESS - FRANCINE GRECO

On September 13, 1999, in the United States Bankruptcy Court, Eastern District of Pennsylvania, you filed a petition for relief under Title 11 U.S.C. Chapter 7 (Case No. 99-31544). On March 17, 2000 you filed an adversary complaint seeking to discharge your HEAL loans (Case No. 00-0206), however, your HEAL debt was not dischargeable under bankruptcy.

Due to your bankruptcy, the SLMA filed an insurance claim on April 5, 2000, with the Department of Health and Human Services (DHHS). The claim in the amount of $31,789.00 was paid on April 13, 2000, and an assignment of the notes was received.

The DHHS notified you by letter dated April 18, 2000, that the previous holder of your promissory notes submitted an insurance claim and assigned your notes to the U.S. Government.

In a letter dated February 1, 2001, you were notified that although payments on your HEAL debt had been suspended during your bankruptcy proceedings, your debt was not subject to cancellation by bankruptcy discharge. You were provided instructions for entering into a repayment agreement (RA) with notice that it must be completed and returned within thirty (30) days along with a good faith payment. You did not comply.

By letter dated April 2, 2001, you were notified that your account had been referred to OSI Collection Services, Inc. for collection. You were advised that your account would be referred to the U.S. Department of Justice (DOJ) if you failed to either remit payment in full or enter into a RA.

A credit in the amount of $288.25 was applied to your account on November 16, 2001 as the result of a treasury offset.

On November 8, 2001, you were notified that you had sixty (60) days in which to resolve your delinquent debt. You were advised that if you were unwilling to establish a RA, your case would be immediately referred to the Office of the Inspector General (OIG) for exclusion from participation in the Medicare/Medicaid Programs. The letter also informed you that in the event you did not enter into a RA, your debt would be referred to DOJ for enforced collection. You did not comply.

To date, a total amount of $26,379.79 has been credited to your account.

Repeated attempts by DHHS have been unsuccessful in establishing an acceptable repayment schedule for your debt. Because of your lack of cooperation the federal government is exercising its option and declaring your note due and payable. Accordingly, your debt has now been referred to the DOJ for enforced collection.

The amount due should be remitted by check, draft or money order(s) payable to the "U.S. Department of Justice" and mailed directly to the United States Attorney, Eastern District of Pennsylvania, 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476.

CERTIFICATION: *Pursuant to 28 U.S.C. 1746, I certify under penalty of perjury that the foregoing is true and correct.*

MAY 9 2002
Date

Barry M. Blum
Chief, Referral Control Section
Debt Management Branch

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **Civil Action** |
| ) | |
| Plaintiff ) | Case No. 02-3205 |
| ) | |
| FRANCINE GRECO ) | |
| ) | |
| Defendant ) | |

### AFFIDAVIT

Comes now Barry M. Blum, who being first dully sworn upon his oath states:

1. I am the Chief of the Referral Control Section (RCS), Debt Management Branch (DMB), Division of Financial Operations (DFO), Financial Management Service (FMS), Department of Health and Human Services, (DHHS). As such, I am the custodian of the Agency's file concerning the Health Education Assistance Loans (HEAL) belonging to Francine Greco.

2. As the Chief of the RCS, I am authorized to examine the records and claims of the HHS.

3. I certify that the Department of Health and Human Services' records show that Francine Greco made ninety-five payments totaling $26,092.35 (Tab A) to the lender, the Student Loan Marketing Association (SLMA) which were applied to Dr. Greco's HEAL loans. On April 5, 2000, the SLMA filed a lender's application for an insurance claim on the HEAL loans and the DHHS took assignment of the promissory notes. On November 16, 2001, a Treasury Offset payment was applied to Dr. Greco's HEAL account in the amount of $288.25 (Tab B). No other payments were made. A total amount of $26,380.60 has been credited to Dr. Greco's HEAL loans.

4. As of August 8, 2002, Francine Greco is indebted to the United States in the amount of $37,141.12 ($36,564.84 principal, $576.28 interest).



GOVERNMENT EXHIBIT B

Page 2 – Francine Greco

I declare under penalty of perjury that the foregoing is, to the best of my knowledge and belief, true and correct.

Executed on August 8, 2002, at Rockville, Maryland.

_____
Barry M. Blum
Chief, Referral Control Section
Debt Management Branch


COUNTY OF MONTGOMERY)
STATE OF MARYLAND) ss


Subscribed and sworn before me a Notary Public this 8th day of August 2002.

_____
Brenda T. Meyer

My Commission Expires:  February 6, 2006.

A

| | | | |
|---:|:---|---:|:---|
| 271.2100 | + | 286.7500 | + |
| 271.2100 | + | 286.7500 | + |
| 271.2100 | + | 286.7500 | + |
| 262.0500 | + | 297.8000 | + |
| 262.0500 | + | 297.8000 | + |
| 262.0500 | + | 297.8000 | + |
| 264.2400 | + | 295.0600 | + |
| 264.2400 | + | 295.0600 | + |
| 264.2400 | + | 295.0600 | + |
| 264.2100 | + | 16,480.0800 | ◊ |
| 275.9600 | + | 237.0100 | + |
| 275.9600 | + | 237.0100 | + |
| 275.9600 | + | 237.9900 | + |
| 276.0000 | + | 237.9900 | + |
| 276.0000 | + | 237.9900 | + |
| 276.0000 | + | 240.4800 | + |
| 275.9000 | + | 240.4800 | + |
| 275.9000 | + | 240.4800 | + |
| 275.9000 | + | 258.7500 | + |
| 275.8800 | + | 258.7500 | + |
| 275.8800 | + | 269.5500 | + |
| 275.8800 | + | 238.2300 | + |
| 5,967.9300 | ◊ | 235.4300 | + |
| 572.3800 | + | 235.4300 | + |
| 286.1900 | + | 235.4300 | + |
| 286.1900 | + | 237.0200 | + |
| 286.1900 | + | 237.0200 | + |
| 276.2000 | + | 237.0200 | + |
| 276.2000 | + | 237.0100 | + |
| 278.4700 | + | 21,069.1500 | ◊ |
| 278.4700 | + | 259.7600 | + |
| 278.4700 | + | 274.6800 | + |
| 276.0000 | + | 259.7600 | + |
| 276.0000 | + | 259.7600 | + |
| 276.0000 | + | 252.0800 | + |
| 9,614.6900 | ◊ | 252.0800 | + |
| 289.5900 | + | 252.0800 | + |
| 289.5900 | + | 238.2400 | + |
| 289.5900 | + | 238.2400 | + |
| 289.5900 | + | 238.2400 | + |
| 286.8500 | + | 238.2300 | + |
| 286.8500 | + | 238.2300 | + |
| 286.8500 | + | 24,070.5300 | ◊ |
| 286.8500 | + | 295.1300 | + |
| 286.8500 | + | 295.1300 | + |
| 278.7000 | + | 291.9400 | + |
| 557.4000 | + | 295.1300 | + |
| 13,043.4000 | ◊ | 295.1300 | + |
| 258.7500 | + | 274.6800 | + |
| 269.5500 | + | 274.6800 | + |
| 269.5500 | + | 26,092.3500 | * |

```
CLASS-133-MONETARY HISTORY-------------------------------- LSC/H         04/10/00
>NXT SCR 133 SSN ___ __ ____ __  PG __ OWN _____ ST ____ GU __ LN __ DT _____
SSN 182 42 2635 1  LOANS ALL   PROG HL   STATUS RPMT   GUAR HL   OWNER 899986
NAME FRANCINE GRECO                 INT RATE    8.75   OWNER  SALLIE MAE
ORIG PRIN   24153.00 AMT OUT   30464.61 ACR INT: BOR    1302.52 ED      0.00
              LOANS SELECTED 12345..............       UNINS            0.00
      EFF     POST         TRANS
      DATE    DATE   TRAN  AMOUNT    PRINCIPAL   INTEREST   DECLINING BALANCE
 _    110998  110998 101    271.21    -48.41     -222.80      30,777.65
 _    120998  120998 101    271.21    -68.98     -202.23      30,708.67
 _    011199  011199 101    271.21    -53.45     -217.76      30,655.22
 _    020899  020899 101    262.05    -85.78     -176.27      30,569.44
 _    031099  031099 101    262.05    -73.74     -188.31      30,495.70
 _    040799  040799 101    262.05    -86.10     -175.95      30,409.60
 _    051299  051299 101    264.24    -42.05     -222.19      30,367.55
 _    060999  060999 101    264.24    -86.73     -177.51      30,280.82
 _    070899  070899 101    264.24    -80.91     -183.33      30,199.91
 _    080999  080999 101    264.21    -62.47     -201.74      30,137.44
 _    093099  093099 980      0.00    327.17     -327.17      30,464.61
 _    031300  031300 908      7.13      0.00        0.00      30,464.61

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SEL TRAN & HIT ENTER. PF5=DEC PRIN BAL  PF6=TRANS HIS(131)  PF8=BORR PMT(134)
PF7=LATE FEE SWAP(133)  PF9=STATUS HIS(135)  PF10=VALID PMTS ONLY
 4-©           1 Sess-1    192.168.28.65            TCP10503          2/11
```

Date: 04/10/00 Time: 10:46:01

```
CLASS-133-MONETARY HISTORY------------------------------ LSC/H          04/10/00
>NXT SCR 133 SSN ___ __ ____     PG __ OWN ____   ST ___  GU __ LN __ DT _____
SSN 182 42 2635 1   LOANS ALL   PROG HL   STATUS RPMT   GUAR HL   OWNER 899986
NAME FRANCINE GRECO                INT RATE   8.75   OWNER   SALLIE MAE
ORIG PRIN   24153.00 AMT OUT   30464.61 ACR INT: BOR   1302.52 ED       0.00
                 LOANS SELECTED 12345..............   UNINS            0.00
      EFF   POST          TRANS
      DATE  DATE   TRAN   AMOUNT    PRINCIPAL   INTEREST    DECLINING BALANCE
 _  110597 110597  101    275.96    -76.30      -199.66     31,494.50
 _  120897 120897  101    275.96    -41.20      -234.76     31,453.30
 _  010898 010898  101    275.96    -55.73      -220.23     31,397.57
 _  020598 020598  101    276.00    -77.41      -198.59     31,320.16
 _  030698 030698  101    276.00    -70.84      -205.16     31,249.32
 _  040898 040898  101    276.00    -43.07      -232.93     31,206.25
 _  050798 050798  101    275.90    -71.49      -204.41     31,134.76
 _  060898 060898  101    275.90    -50.85      -225.05     31,083.91
 _  070898 070898  101    275.90    -65.27      -210.63     31,018.64
 _  080798 080798  101    275.88    -65.69      -210.19     30,952.95
 _  090898 090898  101    275.88    -52.15      -223.73     30,900.80
 _  100798 100798  101    275.88    -74.74      -201.14     30,826.06

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SEL TRAN & HIT ENTER.  PF5=DEC PRIN BAL   PF6=TRANS HIS(131)   PF8=BORR PMT(134)
PF7=LATE FEE SWAP(133)   PF9=STATUS HIS(135)   PF10=VALID PMTS ONLY
4-©            1 Sess-1   192.168.28.65           TCP10503           2/11
```

```
CLASS-133-MONETARY HISTORY------------------------------- LSC/H        04/10/00
>NXT SCR 133 SSN ___ __ ____    PG __ OWN _____ ST ____ GU __ LN __ DT _____
SSN 182 42 2635 1   LOANS ALL   PROG HL   STATUS RPMT   GUAR HL   OWNER 899986
NAME FRANCINE GRECO                       INT RATE  8.75   OWNER   SALLIE MAE
ORIG PRIN   24153.00 AMT OUT   30464.61 ACR INT: BOR   1302.52 ED        0.00
            LOANS SELECTED 12345...............       UNINS             0.00
    EFF     POST            TRANS
    DATE    DATE    TRAN    AMOUNT    PRINCIPAL   INTEREST   DECLINING BALANCE
_   112096  112096  101      572.38    -303.04    -269.34      32,327.20
_   121196  121196  101      286.19    -130.52    -155.67      32,196.68
_   011497  011497  101      286.19     -38.05    -248.14      32,158.63
_   021397  021497  101      286.19     -71.58    -214.61      32,087.05
_   031197  031197  101      276.20     -90.60    -185.60      31,996.45
_   041597  041597  101      276.20     -25.54    -250.66      31,970.91
_   051297  051297  101      278.47     -83.48    -194.99      31,887.43
_   060997  060997  101      278.47     -76.79    -201.68      31,810.64
_   070997  070997  101      278.47     -62.92    -215.55      31,747.72
_   081197  081197  101      276.00     -39.37    -236.63      31,708.35
_   090297  090297  101      276.00    -118.43    -157.57      31,589.92
_   100897  100897  101      276.00     -19.12    -256.88      31,570.80

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SEL TRAN & HIT ENTER. PF5=DEC PRIN BAL   PF6=TRANS HIS(131)   PF8=BORR PMT(134)
PF7=LATE FEE SWAP(133)   PF9=STATUS HIS(135)   PF10=VALID PMTS ONLY
4-©          1 Sess-1      192.168.28.65              TCP10503         2/11
```

Date: 04/10/00 Time: 10:46:07

```
CLASS-133-MONETARY HISTORY------------------------------ LSC/H        04/10/00
>NXT SCR 133 SSN _____   PG __ OWN _____ ST ____ GU __ LN __ DT _____
SSN 182 42 2635 1  LOANS ALL   PROG HL   STATUS RPMT   GUAR HL   OWNER 899986
NAME FRANCINE GRECO                      INT RATE  8.75   OWNER   SALLIE MAE
ORIG PRIN    24153.00 AMT OUT   30464.61 ACR INT: BOR   1302.52 ED        0.00
                  LOANS SELECTED 12345...............      UNINS           0.00
     EFF    POST          TRANS
     DATE   DATE   TRAN   AMOUNT    PRINCIPAL   INTEREST    DECLINING BALANCE
_    111395 111395 100     289.59    -69.44     -220.15      33,226.31
_    121595 121595 100     289.59    -38.52     -251.07      33,187.79
_    011696 011696 100     289.59    -40.51     -249.08      33,147.28
_    020996 020996 100     289.59   -104.46     -185.13      33,042.82
_    031296 031296 100     286.85    -40.77     -246.08      33,002.05
_    041096 041096 100     286.85    -67.18     -219.67      32,934.87
_    050996 050996 100     286.85    -74.38     -212.47      32,860.49
_    062496 062496 100     286.85      0.00     -286.85      32,860.49
_    070896 070996 101     286.85   -134.32     -152.53      32,726.17
_    081396 081496 101     278.70    -12.58     -266.12      32,713.59
_    101396 101396 908       6.96      0.00        0.00      32,713.59
_    101596 101596 101     557.40    -83.35     -467.09      32,630.24

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SEL TRAN & HIT ENTER. PF5=DEC PRIN BAL   PF6=TRANS HIS(131)   PF8=BORR PMT(134)
PF7=LATE FEE SWAP(133)   PF9=STATUS HIS(135)   PF10=VALID PMTS ONLY
4-©              1 Sess-1    192.168.28.65              TCP10503        2/11
```

```
CLASS-133-MONETARY HISTORY-------------------------------- LSC/H        04/10/00
>NXT SCR 133 SSN ___ __ ____ _  PG __ OWN _____ ST ____ GU __ LN __ DT ____
SSN 182 42 2635 1   LOANS ALL   PROG HL   STATUS RPMT   GUAR HL   OWNER 899986
NAME FRANCINE GRECO                  INT RATE    8.75   OWNER   SALLIE MAE
ORIG PRIN    24153.00 AMT OUT    30464.61 ACR INT: BOR    1302.52 ED      0.00
             LOANS SELECTED 12345...............       UNINS            0.00
     EFF    POST          TRANS
     DATE   DATE   TRAN   AMOUNT    PRINCIPAL   INTEREST    DECLINING BALANCE
_    112994 112994 100      258.75     -16.25    -242.50    33,913.86
_    121594 121594 100      269.55    -154.43    -115.12    33,759.43
_    011795 011795 100      269.55     -22.07    -247.48    33,737.36
_    021695 021695 100      286.75     -51.21    -235.54    33,686.15
_    031695 031695 100      286.75     -67.26    -219.49    33,618.89
_    041795 041795 100      286.75     -29.04    -257.71    33,589.85
_    051595 051595 100      297.80     -66.08    -231.72    33,523.77
_    061295 061295 100      297.80     -66.51    -231.29    33,457.26
_    071795 071795 100      297.80     -11.10    -286.70    33,446.16
_    081595 081595 100      295.06     -59.37    -235.69    33,386.79
_    091395 091395 100      295.06     -59.79    -235.27    33,327.00
_    101695 101695 100      295.06     -31.25    -263.81    33,295.75

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SEL TRAN & HIT ENTER. PF5=DEC PRIN BAL  PF6=TRANS HIS(131)  PF8=BORR PMT(134)
PF7=LATE FEE SWAP(133)   PF9=STATUS HIS(135)   PF10=VALID PMTS ONLY
4-©              1 Sess-1    192.168.28.65           TCP10503         2/11
```

Date: 04/10/00 Time: 10:46:14

```
CLASS-133-MONETARY HISTORY------------------------------ LSC/H         04/10/00
>NXT SCR 133 SSN ___ __ ____   PG __ OWN _____ ST __ GU __ LN __ DT _____
SSN 182 42 2635 1  LOANS ALL   PROG HL  STATUS RPMT   GUAR HL   OWNER 899986
NAME FRANCINE GRECO                   INT RATE   8.75  OWNER   SALLIE MAE
ORIG PRIN    24153.00 AMT OUT    30464.61 ACR INT: BOR    1302.52 ED     0.00
             LOANS SELECTED 12345..............        UNINS            0.00
    EFF    POST          TRANS
    DATE   DATE   TRAN   AMOUNT    PRINCIPAL    INTEREST    DECLINING BALANCE
    121593 121593 100     237.01      -63.58     -173.43       34,411.61
_   011194 011194 100     237.01      -80.03     -156.98       34,331.58
_   021794 021794 100     237.99      -20.63     -217.36       34,310.95
_   031494 031494 100     237.99      -91.21     -146.78       34,219.74
_   041294 041294 100     237.99      -66.88     -171.11       34,152.86
_   051994 051994 100     240.48      -19.93     -220.55       34,132.93
_   061494 061494 100     240.48      -85.58     -154.90       34,047.35
_   071394 071394 100     240.48      -58.36     -182.12       33,988.99
_   081694 081694 100     258.75      -29.34     -229.41       33,959.65
_   091994 091994 100     258.75      -29.54     -229.21       33,930.11
_   111194 111194 908       6.47        0.00        0.00       33,930.11
_   111594 111594 100     269.55        0.00     -263.08       33,930.11
_
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SEL TRAN & HIT ENTER.  PF5=DEC PRIN BAL   PF6=TRANS HIS(131)   PF8=BORR PMT(134)
PF7=LATE FEE SWAP(133)    PF9=STATUS HIS(135)    PF10=VALID PMTS ONLY
 4-©              1 Sess-1    192.168.28.65              TCP10503       2/11
```

Date: 04/10/00 Time: 10:46:18

```
CLASS-133-MONETARY HISTORY------------------------------ LSC/H        04/10/00
>NXT SCR 133 SSN ___ __ ____     PG __ OWN _____ ST ___  GU __ LN __ DT ____
SSN 182 42 2635 1   LOANS ALL    PROG HL  STATUS RPMT    GUAR HL  OWNER 899986
NAME FRANCINE GRECO                       INT RATE  8.75 OWNER  SALLIE MAE
ORIG PRIN    24153.00 AMT OUT  30464.61 ACR INT: BOR    1302.52 ED      0.00
              LOANS SELECTED 12345...............         UNINS           0.00
      EFF    POST           TRANS
      DATE   DATE   TRAN    AMOUNT    PRINCIPAL    INTEREST    DECLINING BALANCE
_  R  040893 040893  100     238.23      -59.75     -178.48       34,870.24
_  R  051093 051093  100     235.43      -48.31     -187.12       34,821.93
_  R  052893 052893  100     235.43     -130.31     -105.12       34,691.62
_     070193 070393  390      35.94      -35.94        0.00       34,655.68
_     070193 070393  391       0.20        0.00       -0.20       34,655.68
_     070193 070393  890      10.39       10.39        0.00       34,666.07
_     070193 070393  891       0.06        0.00        0.06       34,666.07
_     071693 071693  100     235.43        0.00     -235.43       34,666.07
_     081093 081093  100     237.02      -42.27     -194.75       34,623.80
_     091393 091393  100     237.02      -39.60     -197.42       34,584.20
_     101393 101393  100     237.02      -63.05     -173.97       34,521.15
_     111593 111593  100     237.01      -45.96     -191.05       34,475.19

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SEL TRAN & HIT ENTER. PF5=DEC PRIN BAL  PF6=TRANS HIS(131)  PF8=BORR PMT(134)
PF7=LATE FEE SWAP(133)  PF9=STATUS HIS(135)  PF10=VALID PMTS ONLY
4-©              1 Sess-1    192.168.28.65            TCP10503         2/11
```

Date: 04/10/00 Time: 10:46:21

```
CLASS-133-MONETARY HISTORY-------------------------------- LSC/H        04/10/00
>NXT SCR 133 SSN  __ __ ____      PG __ OWN ___  ST ___   GU __ LN __ DT _____
SSN 182 42 2635 1   LOANS ALL   PROG HL   STATUS RPMT   GUAR HL   OWNER 899986
NAME FRANCINE GRECO                      INT RATE   8.75   OWNER   SALLIE MAE
ORIG PRIN   24153.00 AMT OUT   30464.61 ACR INT: BOR   1302.52 ED        0.00
              LOANS SELECTED 12345...............        UNINS            0.00
     EFF    POST          TRANS
     DATE   DATE   TRAN   AMOUNT    PRINCIPAL    INTEREST    DECLINING BALANCE
_  R 051292 051292 100     259.76       0.00      -259.76         35,568.11
_  R 051292 051292 100     274.68     -83.92      -190.76         35,484.19
_  R 060992 060992 100     259.76     -65.94      -193.82         35,418.25
_  R 070992 070992 100     259.76     -54.42      -205.34         35,363.83
_  R 081092 081092 100     252.08     -39.06      -213.02         35,324.77
_  R 090492 090492 100     252.08     -85.84      -166.24         35,238.93
_  R 100892 100892 100     252.08     -30.78      -221.30         35,208.15
_  R 111092 111092 100     238.24     -39.43      -198.81         35,168.72
_  R 121092 121092 100     238.24     -57.71      -180.53         35,111.01
_  R 010493 010493 100     238.24     -88.04      -150.20         35,022.97
_  R 021093 021093 100     238.23     -16.48      -221.75         35,006.49
_  R 030993 030993 100     238.23     -76.50      -161.73         34,929.99
_

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SEL TRAN & HIT ENTER.  PF5=DEC PRIN BAL   PF6=TRANS HIS(131)   PF8=BORR PMT(134)
PF7=LATE FEE SWAP(133)   PF9=STATUS HIS(135)   PF10=VALID PMTS ONLY
4-©              1 Sess-1     192.168.28.65            TCP10503           2/11
```

Date: 04/10/00 Time: 10:46:24

```
CLASS-133-MONETARY HISTORY------------------------------- LSC/H       04/10/00
>NXT SCR 133 SSN ___ __ ____ _ PG __ OWN _____ ST __ GU __ LN __ DT _____
SSN 182 42 2635 1  LOANS ALL   PROG HL   STATUS RPMT   GUAR HL   OWNER 899986
NAME FRANCINE GRECO                      INT RATE  8.75   OWNER   SALLIE MAE
ORIG PRIN   24153.00 AMT OUT   30464.61 ACR INT: BOR   1302.52 ED      0.00
                LOANS SELECTED 12345..............         UNINS          0.00
      EFF    POST         TRANS
      DATE   DATE   TRAN  AMOUNT    PRINCIPAL    INTEREST     DECLINING BALANCE
_     012490 012490 880    0.00       191.70      -191.70       29,740.74
_ R   083190 083190 880    0.00      3014.36     -3014.36       32,755.10
_ R   083091 083091 880    0.00      3255.88     -3255.88       36,010.98
_ R   091891 091891 100   295.13     -128.87      -166.26       35,882.11
_ R   101191 101191 100   295.13      -97.06      -198.07       35,785.05
_ R   111591 111591 100   291.94       -0.06      -291.88       35,784.99
_ R   120991 120991 100   295.13      -88.43      -206.70       35,696.56
_ R   011292 011292 908     0.00        0.00         0.00       35,696.56
_ R   011392 011492 100   295.13      -10.37      -284.76       35,686.19
_ R   021192 021192 100   274.68      -55.09      -219.59       35,631.10
_ R   031092 031092 100   274.68      -62.99      -211.69       35,568.11
_ R   041292 041292 908     0.00        0.00         0.00       35,568.11

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SEL TRAN & HIT ENTER. PF5=DEC PRIN BAL  PF6=TRANS HIS(131)   PF8=BORR PMT(134)
 PF7=LATE FEE SWAP(133)   PF9=STATUS HIS(135)   PF10=VALID PMTS ONLY
4-©            1 Sess-1    192.168.28.65            TCP10503          2/11
```

Date: 04/10/00 Time: 10:46:29

```
CLASS-133-MONETARY HISTORY------------------------------ LSC/H         04/10/00
>NXT SCR 133 SSN   __  __  ____    PG __ OWN ____ ST ____ GU __ LN __ DT __  __
SSN 182 42 2635 1   LOANS ALL    PROG HL   STATUS RPMT   GUAR HL  OWNER 899986
NAME FRANCINE GRECO                        INT RATE   8.75  OWNER   SALLIE MAE
ORIG PRIN    24153.00 AMT OUT    30464.61 ACR INT: BOR    1302.52 ED       0.00
                LOANS SELECTED 12345...............        UNINS           0.00
        EFF    POST         TRANS
        DATE   DATE   TRAN  AMOUNT     PRINCIPAL    INTEREST    DECLINING BALANCE
_     071186 070393 391         0.00        0.00        0.00           0.00
_     070888 070888 740      7568.00     7568.00        0.00       7,568.00
_     070888 070888 880         0.00     1091.08    -1091.08       8,659.08
_     070888 070888 740      3510.00     3510.00        0.00      12,169.08
_     070888 070888 880         0.00      326.43     -326.43      12,495.51
_     070888 070888 740      6135.00     6135.00        0.00      18,630.51
_ R   011389 011389 880         0.00     1897.19    -1897.19      20,527.70
_     033089 033089 740      4110.00     4110.00        0.00      24,637.70
_ R   100189 100189 880         0.00     2081.34    -2081.34      26,719.04
_     012490 012490 740      2830.00     2830.00        0.00      29,549.04
_


    I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
    SEL TRAN & HIT ENTER. PF5=DEC PRIN BAL  PF6=TRANS HIS(131)  PF8=BORR PMT(134)
    PF7=LATE FEE SWAP(133)  PF9=STATUS HIS(135)  PF10=VALID PMTS ONLY
    4-©           1 Sess-1    192.168.28.65            TCP10503          2/11
```

```
CLASS-111-ACCT BALANCE, AMT DUE, SCHOOL DATA------------- LSC/H F     04/10/00
>NXT SCR 111 SSN            PG   OWN        ST      GU    LN   DT
SSN 182 42 2635 1  LOANS ALL    PROG HL   STATUS RPMT    GUAR HL   OWNER 899986
NAME(FML) FRANCINE      GRECO           DOB 12 24 59   OWNER   SALLIE MAE
ADDR 125 HORSESHOE LN                   H PH 215 855 1234 BRNCH ID 0000
CITY NORTH WALES       ST PA   ZIP 19454 4272 W PH 215 362 1234 DFR INT CD  N
ADDR IND  D     RELEASE INFO  Y LANG              INT RATE       08.750
VALID ADDR  Y   COS N COM N    AMT OUT       30,464.61 ORIG PRIN  24,153.00
COBORR IND      NLMA PAYOFF  _ PRIN SUB           .00 PRIN PD      5,873.54
SEP DATE  06/30/89  GRACE 09   PRIN NSUB     24,153.00 BR INT PD  20,230.92
SCHOOL    024887    MCS CHM    CAP INT       12,185.15 BR INT YTD       .00
PALMER COLL OF CHIRO           ACC BORR INT   1,302.52 BR INT PYR       .00
CLHSE  N ***FCLM***            ANTICPD PIF DT 01/01/17 10-DAY PIF 31,847.24
                               LATE CHG AMT       7.13 GR. REW/RET  N/A N/A
PRESENT AMT DUE       857.19 PMT DUE DT    04/11/00 LAST BR PMT RECVD 08/09/99
LATE CHG ACCRUED       Y     SCH PMT AMT      285.73 AMT OF LST BR PMT  264.21
AMT DELINQUENT        571.46 1ST PMT DUE   05/11/90 SCHED TERM           299
DAYS DELINQUENT        59    RPMT BEG DT   04/01/90 MAX PAYOFF DT    *******
DELINQUENCY DT    02/11/00   COUP GEN DT            ACTUAL PAYOFF DT
CORRESPONDENCE ENTRY         CPP N    CNSL IND            LETTER REQUEST ____
   DATE    SOURCE                        MESSAGE
   041000  LKRLK0 _____ CONT _
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
PF5=BORR ACTIVITY(112). PF6=BILLING(121). PF7=COS/REF(116). PF10=LOAN DIRECTORY
4-©          1 Sess-1   192.168.28.65        TCP10503          2/11
```

Date: 04/10/00 Time: 10:45:48



Case 2:02-cv-03205     Document 4-2     Filed 10/29/2002     Page 18 of 20

```
RUN DATE: 08/07/02                        PHS DEFAULTED LOANS                                PAGE:
                                           ACCOUNT STATEMENT
           PROGRAM: 15 HEALTH EDUCATION ASSIST. LOAN    AS OF AUGUST 7, 2002                  REPORT DATE: 08/07/0
           SUBPROG: 02    NAME NOT FOUND                                                      REPORT NO:   DMCS601

           CASE NO: 7-50130761-0    FRANCINE    GRECO              SSN: 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    INTEREST RATE:   0.000
```

| TC | DATE | DESCRIPTION | | PRINCIPAL (IB) | PRINCIPAL (N-IB) | INTEREST | OTHER CHARGES | TRANSACTION AMOUNT | CUMULATIVE BALANCE |
|----|------|-------------|---|---------------|------------------|----------|---------------|--------------------|---------------------|
| 11 | 041300 | F70 NEW CASE N DE0148 | | 31,789.00 | | | | 31,789.00 | 31,789.00 |
| 50 | 042100 | INTEREST ACCRUED | | 60.97 | | | | 60.97 | 31,849.97 |
| 50 | 043000 | INTEREST ACCRUED | | | | 68.72 | | 68.72 | 31,918.69 |
| 50 | 053100 | INTEREST ACCRUED | | | | 236.69 | | 236.69 | 32,155.38 |
| 50 | 063000 | INTEREST ACCRUED | | | | 229.06 | | 229.06 | 32,384.44 |
| 50 | 073100 | INTEREST ACCRUED | | | | 243.46 | | 243.46 | 32,627.90 |
| 50 | 083100 | INTEREST ACCRUED | | | | 243.46 | | 243.46 | 32,871.36 |
| 50 | 093000 | INTEREST ACCRUED | | | | 235.60 | | 235.60 | 33,106.96 |
| 50 | 101800 | INTEREST ACCRUED | | 1,402.28 | | 1,256.99- | | 145.29 | 33,252.25 |
| 50 | 103000 | INTEREST ACCRUED | | | | 109.55 | | 109.55 | 33,361.80 |
| 50 | 113000 | INTEREST ACCRUED | | | | 252.81 | | 252.81 | 33,614.61 |
| 50 | 123100 | INTEREST ACCRUED | | | | 261.24 | | 261.24 | 33,875.85 |
| 50 | 013101 | INTEREST ACCRUED | | | | 261.24 | | 261.24 | 34,137.09 |
| 50 | 022801 | INTEREST ACCRUED | | | | 235.95 | | 235.95 | 34,373.04 |
| 50 | 033101 | INTEREST ACCRUED | | | | 261.24 | | 261.24 | 34,634.28 |
| 50 | 041701 | INTEREST ACCRUED | | 1,505.93 | | 1,382.03- | | 123.90 | 34,758.18 |
| 50 | 043001 | INTEREST ACCRUED | | | | 99.04 | | 99.04 | 34,857.22 |
| 50 | 053101 | INTEREST ACCRUED | | | | 236.17 | | 236.17 | 35,093.39 |
| 50 | 063001 | INTEREST ACCRUED | | | | 196.41 | | 196.41 | 35,289.80 |
| 50 | 073101 | INTEREST ACCRUED | | | | 202.95 | | 202.95 | 35,492.75 |
| 50 | 083101 | INTEREST ACCRUED | | | | 202.95 | | 202.95 | 35,695.70 |
| 50 | 092601 | INTEREST ACCRUED | | | | 170.22 | | 170.22 | 35,865.92 |
| 16 | 092601 | PAYMENT     8II3756 | | 7,301.51- | | 1,107.74- | | 8,409.25- | 27,456.67 |
| 50 | 093001 | INTEREST ACCRUED | | | | 20.69 | | 20.69 | 27,477.36 |
| 50 | 101401 | INTEREST ACCRUED | | 93.09 | | 20.69- | | 72.40 | 27,549.76 |
| 16 | 100501 | PAYMENT     82I0049 | | 588.25- | | | | 588.25- | 26,961.51 |
| 50 | 103101 | INTEREST ACCRUED | | | | 80.05 | | 80.05 | 27,041.56 |
| 10 | 100501 | 2I0049   0258N82I0455A 0258 | | 588.25 | | | | 588.25 | 27,629.81 |
| 50 | 111601 | INTEREST ACCRUED | | | | 75.34 | | 75.34 | 27,705.15 |
| 16 | 111601 | PAYMENT     82I0455A | | 132.86- | | 155.39- | | 288.25- | 27,416.90 |
| 50 | 113001 | INTEREST ACCRUED | | | | 67.04 | | 67.04 | 27,483.94 |
| 10 | 092601 | 1I3756   0083N82I0532A 0083 | | 7,301.51 | | 1,107.74 | | 8,409.25 | 35,893.19 |
| 50 | 123101 | INTEREST ACCRUED | | | | 147.43 | | 147.43 | 36,040.62 |
| 50 | 123101 | INTEREST ACCRUED | | | | 40.55 | | 40.55 | 36,081.17 |
| 50 | 013102 | INTEREST ACCRUED | | | | 147.43 | | 147.43 | 36,228.60 |
| 50 | 022802 | INTEREST ACCRUED | | | | 133.17 | | 133.17 | 36,361.77 |
| 50 | 033102 | INTEREST ACCRUED | | | | 147.43 | | 147.43 | 36,509.20 |
| 50 | 041202 | INTEREST ACCRUED | | 1,846.43 | | 1,790.79- | | 55.64 | 36,564.84 |

```
RUN DATE: 08/07/02                        PHS DEFAULTED LOANS                                    PAGE:
                                           ACCOUNT STATEMENT
        PROGRAM: 15 HEALTH EDUCATION ASSIST. LOAN   AS OF AUGUST 7, 2002                REPORT DATE: 08/07/0
        SUBPROG: 02   NAME NOT FOUND                                                    REPORT NO:   DMCS601

        CASE NO: 7-50130761-0     FRANCINE      GRECO            SSN: 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       INTEREST RATE:  0.000

                                          PRINCIPAL    PRINCIPAL              OTHER    TRANSACTION   CUMULATIVE
TC  DATE    DESCRIPTION                     (IB)         (N-IB)    INTEREST   CHARGES     AMOUNT      BALANCE
50  043002  INTEREST ACCRUED                                         87.91                  87.91    36,652.75
50  053102  INTEREST ACCRUED                                        151.39                 151.39    36,804.14
50  063002  INTEREST ACCRUED                                        146.51                 146.51    36,950.65
50  073102  INTEREST ACCRUED                                        151.39                 151.39    37,102.04
50  080802  INTEREST ACCRUED                                         39.08                  39.08    37,141.12

                    CASE TOTAL           36,564.84                  576.28              37,141.12    37,141.12

        IB: INTEREST BEARING
        N-IB: NON-INTEREST BEARING
        INTEREST RATE OF 0.000 INDICATES THAT THE LOAN(S) BEAR A VARIABLE INTEREST RATE WHICH IS DETERMINED QUARTERLY.
```