IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FRANCINE GRECO | : | NO. 02-3205 |

## CIVIL JUDGMENT

Before the Honorable PETRESE B. TUCKER

    AND NOW, this 16th day of July, 2003, in accordance with this Court's Memorandum and Order granting plaintiff's Motion for Summary Judgment (Document No. 5, filed July 14, 2003),

    IT IS ORDERED that Judgment be and the same is hereby entered in favor of the plaintiff United States of America and against the defendant Francine Greco in the total amount of $38,302.77.

BY THE COURT

ATTEST: _____
Alisa Ross
Deputy Clerk

Civ 1 (8/80)
civjud.frm