AO 133
(Rev. 5/81)

***BILL OF COSTS***

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**
vs.
Francine Greco

**CIVIL ACTION FILE NO.** 02-3205

Judgment having been entered in the above action on July 17, 2003, against Francine Greco the clerk is requested to tax the following as costs:

## BILL OF COSTS

| | |
|---|---|
| Fees of the clerk | **$150.00**_____ |
| Fees of the marshal | $_____ |
| Fees of the court reporter for all or any part of the | $_____ |
| transcript necessarily obtained for use in the case | $_____ |
| Fees and disbursements for printing | $_____ |
| Fees for witnesses (itemized on reverse side) | $_____ |
| Fees for exemplification and copies of -papers | |
| necessarily obtained for use in case | $_____ |
| Docket fees under 28 U.S.C. 1923 | $_____ |
| Costs incident to taking of depositions. | $_____ |
| Cost as shown on Mandate of Court of Appeals | $_____ |
| Other Costs (Please itemize) | $_____ |
| Process Server **(Dennis Richman's Services)** | $_____ |
| Total | $150.00_____ |

State of Pennsylvania                    )
County of Philadelphia                 )ss:           Social ████████████

I certify under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed to Francine Greco                                                    with postage fully prepaid thereon.
Executed on August 1, 2003_____
**(Date)**

_____
**(Signature)**

Please take notice that I will appear before the Clerk who will tax said costs on                                         at _____

Attorney for _____

Costs are hereby taxed in the amount of $                                    this                      day of                                 ,                     and that amount included in the judgment.
_____
**Clerk.**
*By*_____
**Deputy Clerk**

NOTE: SEE NEXT PAGE FOR AUTHORITIES ON TAXING COSTS.

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| Name and Residence | Attendance Days | Attendance Cost | Subsistence Days | Subsistence Total Costs | Mileage Miles | Mileage Total Costs | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  | TOTAL |  |

. NOTICE

**Section 1924, Title 28, U.S.Code (effective September 1, 1948) provides:**

"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees. have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28 which reads in part as follows:**

"A bill of costs shall be riled in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**

Rule 54(d)

"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs; but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (in Part)

"Entry of the judgment shall not be delayed for the taxing of costs."